IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | | |
|---|---|---|
| MARK E. BOUCHETTE, | ) | |
| Plaintiff, | ) | CIVIL ACTION 4:12-CV-1416-TER |
| | ) | |
| -versus- | ) | |
| | ) | CONSENT ORDER |
| CAROLYN W. COLVIN, | ) | |
| Acting Commissioner of Social Security, | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

This is an action brought pursuant to Section 205(g) of the Social Security Act, as amended, 42 U.S.C. Section 405(g), to obtain judicial review of a "final decision" of the Commissioner of Social Security, denying Plaintiff's claim for Disability Insurance Benefits (DIB). A telephone conference held was on September 16, 2013, following which counsel for both Defendant and Plaintiff agreed to an Entry of Judgment with Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g). Therefore, the Court hereby REVERSES the Commissioner's decision in this matter under sentence four of 42 U.S.C. § 405(g),[1] and REMANDS the cause to the Commissioner for further administrative proceedings.

Upon remand, the Commissioner is hereby directed to assign this case to an administrative law judge (ALJ) to perform a proper Listing analysis, evaluate the opinion of the Plaintiff's examining physicians, re-assess the Plaintiff's RFC and then re-apply the GRIDS and/or receive vocational expert testimony.

---

[1] The Clerk of the Court will enter a separate judgment pursuant to the Fed. R. Civ. P. 58.

IT IS SO ORDERED.

s/Thomas E. Rogers, III
Thomas E. Rogers, III
United States Magistrate Judge

September 20, 2013
Florence, South Carolina